# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]

| Name (under which you were convicted): McQueen Steven | Case No. [For a new case in this court, leave blank. The court will assign a case number.] 3:23-cv-00159-MPB-CSW |
|---|---|
| Place of Confinement: Branchville Correctional Facility | Earliest Possible Release Date: 08/19/2023 |

FILED
10/3/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]

1. Name of facility holding the hearing: Westville Correctional Facility / WCC / WCU
   Date of hearing: 03 / 13 / 2023 . Case number: WCC 23-03-0113
   Offense: "Threatening"
   Code # 213 . Did you plead guilty? ○ Yes. ☒ No.

2. Lost earned credit time? ○ No. ☒ Yes, I lost 60 days earned credit time.
   Was the loss of earned credit time suspended? ☒ No. ○ Yes, it was suspended until: ___/___/___.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/___.

3. Demoted in credit class? ○ No. ☒ Yes, I was demoted from Class I to Class II.
   Was the demotion suspended? ☒ No. ○ Yes, it was suspended until: ___/___/___.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/___.

4. Appealed to the Superintendent? ○ No. ☒ Yes, the result was:
   Denied

5. Appealed to Final Reviewing Authority? ○ No. ☒ Yes, the result was:
   Denied (Twice)

6. Previously challenged this disciplinary hearing in federal court? ☒ No. ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee?

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

☒ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

○ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.

CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.]

**GROUND ONE:** [Briefly describe your claim.] No immediate action was taken to support a "Threatening" Conduct Report Code 213.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

I wrote Mental Health a request for medical attention in mid December asking for help with my thoughts and feelings. I wrote on it what I wanted to talk about to M. Wala and more than two weeks later the Deputy Warden pulled me from my Law Library prison job and accused me of Threatening staff and placed me on Lock-up on 01-04-2023. In the box on the Report of Conduct there is nothing listed by "Any immediate action taken, including the use of force" This box is left blank by staff and there is no staff report listing any immediate action to secure a safety and security issue presented by the offender, which, if a Code 213 Threatening was legitimate this should have occurred to verify it.

Did you present Ground One to the Final Reviewing Authority? ○ Yes. ☒ No, because it was labeled Confidential and I was never given a copy by staff for use (Medical Request used as evidence by I N I)

**GROUND TWO:** [Briefly describe your claim.] There was no description of incident to support a conviction for a 213 "Threatening" on the Report of conduct.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

Administrative Policy and Procedure is based on Indiana law, Policy and Procedure states that a description of the incident must be written or typed on the appropriate box of the Report of Conduct. Instead, in this description of incident box it only states "Based on information gathered during an investigation information is sufficient to issue Offender Steven McQueen 973108 with a Class B-213." I was placed on Lock-up on 01/04/2023, filed a grievance on 02/06/2023 and it was returned denied and the Date of incident on the Report of Conduct is 02/10/2023 over 30 days after I was placed

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

on Lock-up.

Did you present Ground Two to the Final Reviewing Authority? ◯ Yes. ☒ No, because The grievance I filed was denied it never made it to the final Reviewing Authority. This Conduct Report was

**GROUND THREE:** [Briefly describe your claim.] An external objective factor has procedurally defaulted me. (My Thoughts have been used as evidence by Int-I at WCF)

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
In the box on the Conduct Report that reads "Disposition of Physical Evidence, if any -" There is no listed evidence to prove that anyone was threatened or that I should have been placed on lock-up and written up for threatening over one month later. If so, Staff has failed to list it and allow me access to it for my defense.
This is a harmful living condition that the incarcerated individual did bring to the attention of the facility and was deliberately ignored. If my thoughts were threatening the facility why wouldn't Mental Health at WCF see me and help me with my thoughts? Another deliberate indifference to a harmful living condition. Why was I left off Lock-up untreated?

Did you present Ground Three to the Final Reviewing Authority? ☒ Yes. ◯ No, because It was ignored and I was written up for "threatening" instead of addressing the problem.

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]

- ☒ Report of Conduct
- ☒ Screening Report
- ☒ Report of Disciplinary Hearing
- ☒ Letter from the Final Reviewing Authority
- ☒ Other relevant documents: I have been harmed by Medical Staff M. Wala at Westville Correctional Facility because I asked for help with thoughts I was having? On a Notice to Lay Advocate/Witness form the date of the alleged offense is 3/9/23 - Grievance Denial from S. Smith about the issue.

## RELIEF

I ask for the following relief: I ask that this Conduct Report be overturned and all the Sanctions I have received be restored and that I receive all (3) three CPCT Earned Credit Time rewards at once please. or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on ___/___/20___ at _____ am/pm.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

[*Do not fill in this date and time until you give this petition to prison officials to send to the court.*]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____S. McQueen_____     _____973108_____
Signature                                                                                       Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]