UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| STEVEN MCQUEEN, | ) |
|         *Petitioner*, | ) |
| vs. | ) No. 3:23-cv-00159-MPB-CSW |
| WARDEN, | ) |
|         *Respondent*. | ) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in favor of the Respondent and against the Petitioner, Steven McQueen.

Steven McQueen's Petition for a Writ of Habeas Corpus is **DENIED,** and the action is **DISMISSED WITH PREJUDICE**.

Dated: January 13, 2025

*[signature]*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____*[signature]*_____
Deputy Clerk, U.S. District Court

**Distribution via ECF to all counsel of record**

**Distribution via U.S. Mail to:**

STEVEN MCQUEEN
973108
BRANCHVILLE – CF
BRANCHVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514